UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 26 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In Re: ON24, INC. SECURITIES LITIGATION,

LEADERSEL INNOTECH ESG,

      Plaintiff - Appellant,

 v.

ON24, INC.; et al.,

      Defendants - Appellees.

No. 24-2204

D.C. No. 4:21-cv-08578-YGR
Northern District of California, Oakland

ORDER

Before: MURGUIA, Chief Judge, and SANCHEZ and H.A. THOMAS, Circuit Judges.

Submission of this case is VACATED pending this court's decision in *Sodha, et al. v. Golubowski, et al.,* No. 24-1036. Within 10 days of the decision, the parties shall advise the court if supplemental briefing is necessary before resubmission of the appeal.